THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIUS SANTIAGO, Appellant.

(Argued January 16, 1933; decided February 28, 1933.)

*Leon A. Brody, Bert Hamburger* and *Alfred E. Smith, Jr.,* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.